**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
NIGEL FREDRICKS,

        Plaintiff,

        -against-

CORRECTION OFFICER SMITH,

        Defendant.

------------------------------------------------------------x

21-CV-5669 (JGK) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF 29. The parties' joint status letter previously due July 15, 2022, is hereby adjourned to **August 15, 2022**.

The fact discovery deadline is unchanged. The deadline to complete fact discovery is November 24, 2022.

The Clerk of Court is respectfully directed to send a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: July 11, 2022
      New York, New York

                                          *s/ Ona T. Wang*
                                              **Ona T. Wang**
                                    United States Magistrate Judge