**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
NIGEL FREDRICKS,

            Plaintiff,

            -against-

CORRECTION OFFICER SMITH,

            Defendant.
------------------------------------------------------------x

21-CV-5669 (JGK) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Clerk of Court is respectfully directed to mail a copy of this Order and ECF 41 to the *pro se* Plaintiff.

Plaintiff's deadline to file a letter explaining to the Court his reasons for not appearing at the November 17 deposition is extended to **December 9, 2022**.

      **SO ORDERED.**

Dated: November 23, 2022
      New York, New York

                                  *s/ Ona T. Wang*
                                  **Ona T. Wang**
                          United States Magistrate Judge