UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
NIGEL FREDRICKS,

        Plaintiff,

    -against-

CORRECTION OFFICER SMITH,

        Defendant.

------------------------------------------------------------x

21-CV-5669 (JGK) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

    The Court has reviewed ECF 49. In light of Plaintiff's *pro se* and incarcerated status, the Court declines Defendant's request to recommend dismissal of the case for Plaintiff's past failures to appear at scheduled depositions.

    Defendant is directed to file a new proposed order for Plaintiff's rescheduled deposition after conferring with Plaintiff's facility on a suitable date for the deposition.

    Plaintiff is directed to file his updated address with the Court by March 3, 2023. Defendant shall serve a copy of this Order upon Plaintiff at his new facility.

    The Clerk of Court is respectfully directed to close ECF 49.

**SO ORDERED.**

Dated: January 6, 2023
       New York, New York

                         *s/ Ona T. Wang*
                            **Ona T. Wang**
                United States Magistrate Judge