UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

NIGEL FREDRICKS,

                             Plaintiff,

         -against-

CORRECTION OFFICER SMITH,

                            Defendant.
------------------------------------------------------------------- X

**ORDER TO PRODUCE INCARCERATED PERSON FOR DEPOSITION**

21 Civ. 5669 (JGK) (OTW)

**THE HONORABLE ONA T. WANG, United States Magistrate Judge:**

    Upon the application of Defendant for leave to take the deposition of Plaintiff Nigel Fredricks (DIN: 22B1005), an incarcerated person, and the Court having granted leave for the taking of Plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

    **IT IS HEREBY ORDERED**: (1) that the Warden or other official in charge at Attica Correctional Facility produce incarcerated person Nigel Fredricks (DIN: 22B1005), for the taking of his deposition by video conference on February 8, 2023 commencing at 9:30 a.m., and for so long thereafter as the deposition continues; (2) Plaintiff Nigel Fredricks (DIN: 22B1005), appear in such place as designated by the Warden or other official in charge of the Attica Correctional Facility so that his deposition may be taken; and (3) that also present at the deposition via video conference, will be a court reporter to be designated by Defendant as well as the attorney for Defendant.

Dated: New York, New York
          January 30, 2023

SO ORDERED

_____
HON. ONA T. WANG
UNITED STATES MAGISTRATE JUDGE