UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIGEL FREDRICKS,

               Plaintiff,

    - against -

CORRECTION OFFICER SMITH,

               Defendant.

21-cv-5669 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court is in receipt of the defendant's letter dated March 16, 2023. ECF No. 54. No pre-motion conference is necessary. The defendant may file its motion for summary judgment by **April 21, 2023**. The plaintiff may respond by **May 22, 2023**. The defendant may reply by **June 22, 2023**.

The Clerk is directed to mail a copy of this Order to the pro se plaintiff and to note service on the docket.

SO ORDERED.
Dated:    New York, New York
          March 17, 2023

                                     John G. Koeltl
                               United States District Judge