UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

NIGEL FREDRICKS,

                              Plaintiff,

-against-

CORRECTION OFFICER SMITH,

                              Defendant.
-----------------------------------------------------------------x

[PROPOSED]
**REVISED SCHEDULING ORDER**

21 Civ. 5669 (JGK) (OTW)

**JOHN G. KOELTL, United States District Judge:**

On June 1, 2023, the Defendant sought an extension of time to file his motion for summary judgment in this action, as well as an extension of all corresponding briefing dates.

Defendant's request for an extension is GRANTED, and accordingly, the Court sets the following revised briefing schedule:

Defendant's Motion for Summary Judgment Due: August 4, 2023

Plaintiff's Opposition Due: September 4, 2023

Defendant's Reply, if any, Due: October 3, 2023

**SO ORDERED.**

Dated: New York, New York
       June _1_, 2023

                                                      JOHN G. KOELTL
                                            United States District Judge