UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

NIGEL FREDRICKS,

                                    Plaintiffs,

            -against-

CORRECTION OFFICER SMITH,

                                  Defendant.

-----------------------------------------------------------------x

[PROPOSED]
**REVISED SCHEDULING ORDER**

21 Civ. 5669 (JGK) (OTW)

**JOHN G. KOELTL, United States District Judge:**

On October 2, 2023, the Defendant sought an extension of time to file their motion for summary judgment in this action, as well as an extension of all corresponding briefing dates.

Defendant's request for an extension is GRANTED, and accordingly, the Court sets the following revised briefing schedule:

    Defendant's Motion for Summary Judgment Due: October 13, 2023

    Plaintiff's Opposition Due: November 13, 2023

    Defendant's Reply, if any, Due: November 27, 2023

**SO ORDERED.**

Dated: New York, New York
       October 2, 2023

                                                                  JOHN G. KOELTL
                                                                  United States District Judge