UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

NIGEL FREDRICKS,

        Plaintiff,

        -against-

CORRECTION OFFICER SMITH,

        Defendant.

---------------------------------------------------------------x

21-CV-5669 (JGK) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed *pro se* Plaintiff's letter motion. (ECF 71). Plaintiff's motion for a copy of discovery is **GRANTED**. Defense counsel is directed to file a letter confirming whether (and when) they have provided this discovery to Plaintiff **by Friday, November 17, 2023**.

If *pro se* Plaintiff needs additional time for his opposition to Defendant's motion for summary judgment (*see* ECF Nos. 66, 67, and 70), Plaintiff is directed to file a letter motion to Judge Koeltl.

Defendant is directed to serve a copy of this Order upon Plaintiff and file proof of same on the docket.

**SO ORDERED.**

Dated: November 6, 2023
      New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge