**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
NIGEL FREDRICKS,

          Plaintiff,

       -against-

CORRECTION OFFICER SMITH,

          Defendant.
------------------------------------------------------------x

21-CV-5669 (JGK) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

    The Court has reviewed *pro se* Plaintiff's letter motions. (ECF Nos. 83 and 84). *Pro se* Plaintiff's first letter, dated December 11, 2023, requests that the Court "disregard this case" and that it be dismissed, and accordingly that there is "no need for extension of summary judgement." (ECF 84). Plaintiff's second letter, however, dated December 14, 2023, requests a "further extension of summary judgement" and for a copy of the motion, as well as "all documents of the discovery for [Plaintiff's] exhibits" to be provided to him as soon as possible. (ECF 83). Plaintiff's deadline to respond to Defendant's motion for summary judgment (ECF 66) is currently set for January 11, 2024, with Defendant's reply due February 1, 2024 (ECF 82). Plaintiff is directed to file a letter **by Friday, January 12, 2024**, confirming whether he would like to dismiss his case, or continuing litigating it.

    To the extent he wishes to continue litigating, Plaintiff's motion for an extension of time to respond to Defendant's motion for summary judgment is **GRANTED.** Plaintiff's reply is due **Friday, January 26, 2024**.

Defendant is directed to serve a copy of (1) the motion for summary judgment, and (2) this Order upon Plaintiff and file proof of same on the docket. Defendant is further directed to confirm compliance with my November 20, 2023, Order (ECF 76) directing Defendant to provide Plaintiff with a copy of all discovery listed in ECF 74, **by Friday, December 29, 2023**.

**SO ORDERED.**

Dated:  December 26, 2023
        New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge