UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
NIGEL FREDRICKS,

          Plaintiff,

          -against-

CORRECTION OFFICER SMITH,

          Defendant.
-----------------------------------------------------------x

21-CV-5669 (JGK) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

    The Court has reviewed *pro se* Plaintiff's letter. (ECF 88). Defendant is directed to explain <u>in detail</u> what they have done to comply with my Orders, ECF Nos. 76 and 85, **no later than Tuesday, January 23, 2024**. On November 20, 2023, I directed Defendant to provide Plaintiff with a copy of all discovery listed in ECF 74. (ECF 76). On December 26, 2023, I directed Defendant to confirm compliance with ECF 76 by Friday, December 29, 2023. Defendant has not filed any response to ECF 85, and *pro se* Plaintiff's latest letter, mailed on January 5, 2024, and filed on January 10, 2024, represents that he has not received the requested materials. (ECF 88).

    Defendant is directed to serve this Order upon *pro se* Plaintiff and file proof of service on the docket.

    **SO ORDERED.**

Dated: January 16, 2024
       New York, New York

                             *s/ Ona T. Wang*
                             **Ona T. Wang**
                         United States Magistrate Judge