**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
NIGEL FREDRICKS,

              Plaintiff,

              -against-

CORRECTION OFFICER SMITH,

              Defendant.
------------------------------------------------------------x

21-CV-5669 (JGK) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

      The Court held a telephonic Status Conference on Tuesday, March 19, 2024, at which Plaintiff failed to appear. As discussed at the conference, defense counsel is directed to file a declaration along with the document from *pro se* Plaintiff that defense counsel filed on the docket as an attachment to its February 20, 2024 letter (ECF 93) at ECF 93-1, **by April 18, 2024**. Defense counsel is further directed to provide an update on the production of documents Plaintiff sought, **by April 18, 2024**. Given the number of times incarcerated *pro se* Plaintiff has been moved to new facilities, the Court is concerned that Plaintiff has not received the documents he requested.

      Plaintiff is directed to file an updated address on the docket along with a letter to the Court addressing whether he has received the documents that were directed to be sent to him **by April 30, 2024**.

Defendant is directed to serve (1) this Order and (2) the transcript of the March 19, 2024 status conference upon *pro se* Plaintiff and file proof of service on the docket.

**SO ORDERED.**

Dated:  March 19, 2024
        New York, New York

        */s/ Ona T. Wang*
        **Ona T. Wang**
        United States Magistrate Judge