UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
NIGEL FREDRICKS,

        Plaintiff,

        -against-

CORRECTION OFFICER SMITH,

        Defendant.
------------------------------------------------------------x

21-CV-5669 (JGK) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

    The Court is in receipt of Defendant's letter. (ECF 101). Defendant shall file his reply to Plaintiff's opposition **by May 15, 2024**.

    Defendant is directed to serve this Order upon *pro se* Plaintiff and file proof of service on the docket.

    **SO ORDERED.**

Dated: April 19, 2024
       New York, New York

          */s/ Ona T. Wang*
          **Ona T. Wang**
          United States Magistrate Judge